UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 11-5084 |
| Plaintiff, ) | |
| ) | |
| v. ) | DETENTION ORDER |
| ) | |
| VIRGINIA SANTOS-JIMINEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:   Possession of Methamphetamine with Intent to Distribute, 500+ grams

<u>Date of Detention Hearing</u>:   May 2, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is the wife of co-defendant Rogelio Pech-Canche, both of whom are accused of possession of methamphetamine with intent to distribute.

DETENTION ORDER
PAGE -1

2. Defendant was not interviewed by Pretrial Services, and there is little information about defendant's living situation or status in the community. She was born in Mexico and her ties to this community are unknown.

3. The crime that defendant is charged with carries a minimum sentence of 10 years, and a maximum sentence of life imprisonment.

4. There is an immigration detainer pending against defendant. She and her counsel did not contest the entry of an order of detention pending trial.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial

DETENTION ORDER
PAGE -2

01  Services Officer.

02  DATED this 3rd day of May, 2011.

03

04                                     s/ John L. Weinberg
                                       United States Magistrate Judge

05

06

...

DETENTION ORDER
PAGE -3